# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Ray Sharpe, | Case No.: 2:22-cv-01624-MMD-NJK |
| Plaintiff, | **Order** |
| v. | |
| Ruiz, *et al.*, | |
| Defendants. | |

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff Ray Sharpe is no longer at the address listed with the Court. Additionally, the Court's mail to Sharpe is being returned as undeliverable. Docket No. 7. Pursuant to LR IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Accordingly, to proceed with this action, Sharpe must file his updated address with the Court no later than **January 19, 2023**.

The Court's screening order gave Sharpe until December 29, 2022, to file an amended complaint. Docket No. 5 at 12. The Court mailed a copy of the screening order to Sharpe, but it was returned as undeliverable. Docket No. 7. Thus, the Court will direct the Clerk of the Court to send a copy of the screening order to Sharpe at High Desert State Prison, which is where he is housed per the NDOC's database. To ensure that Sharpe has enough time to prepare an amended complaint, the Court *sua sponte* extends the deadline to file the amended complaint to **January 19, 2023**.

For the foregoing reasons,

IT IS ORDERED that Sharpe shall file his updated address with the Court no later than **January 19, 2023**.

IT IS FURTHER ORDERED that if Sharpe chooses to amend his complaint, he shall file his amended complaint no later than **January 19, 2023**.

IT IS FURTHER ORDERED that, if Sharpe fails to timely update his address with the Court, this case will be subject to dismissal without prejudice.

Finally, the Clerk of the Court is directed to send courtesy copies of this order and the screening order at Docket No. 5 to Sharpe at High Desert State Prison.

IT IS SO ORDERED.

DATED: December 20, 2022

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE