# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAY SHARPE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>RUIZ, et al.,<br><br>　　　　　　Defendants. | Case No.: 2:22-cv-01624-MMD-NJK<br><br>**Order Granting Motion for Extension of Time and Denying IFP as Moot**<br><br>(Docket Nos. 4, 18) |

　　　　Plaintiff, counseled, seeks an extension of time to file his second amended complaint on or before March 24, 2023.  Docket No. 18.  With good cause appearing, including the facility's cancellation of counsel's scheduled prison visit, the Court **GRANTS** Plaintiff's motion for an extension of time.  Plaintiff must file his second amended complaint on or before March 24, 2023.

　　　　Additionally, the Court **DENIES** Plaintiff's application to proceed *in forma pauperis,* Docket No. 4, as moot in light of his payment of the $402 filing fee.  *See* Docket No.17.

　　　　IT IS SO ORDERED.

　　　　DATED: February 24, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1