# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND SHARPE,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>RUIZ, et al.,<br><br>　　　　Defendant(s). | Case No. 2:22-cv-01624-MMD-NJK<br><br>**Order**<br><br>[Docket No. 66] |

　　　　Pending before the Court is a stipulation to extend case management deadlines.  Docket No. 66.  The Court hereby **SETS** a hearing on that stipulation for 2:00 p.m. on June 3, 2024, in Courtroom 3D.  Attorneys Lisa Rasmussen and Andrew Nelson must appear for this hearing in person.

　　　　IT IS SO ORDERED.

　　　　Dated: May 22, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1