LISA A. RASMUSSEN, Nevada Bar No. 7491
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300; Facsimile: (702) 425-8220
Email: Lisa@nvlitigation.com; efile@nvlitigation.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RAYMOND SHARPE,

    Plaintiff,

vs.

RUIZ, et al,

    Defendants.

Case No: 2:22-CV-01624 MMD-NJK

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO: THE COURT AND ALL INTERESTED PARTIES.

PLEASE TAKE NOTICE that the undersigned, Lisa A. Rasmussen, hereby withdraws from this case as counsel for Plaintiff, Raymond Sharpe. The undersigned has moved to a new law firm and Plaintiff is now represented by the undersigned's former law firm and its attorneys,

DATED this 22th day of July, 2024.

                */s/ Lisa A. Rasmussen*
                LISA A. RASMUSSEN, Nevada Bar No. 7491
                **MCLETCHIE LAW**

IT IS SO ORDERED.
Dated: July 23, 2024
.
.

_____
Nancy J. Koppe
United States Magistrate Judge

1