# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAY SHARPE, <br>     Plaintiff, <br> v. <br> LT RUIZ, *et al.*, <br>     Defendants. | Case No. 2:22-cv-01624-MMD-NJK <br><br> **Order** |

On January 10, 2025, the Court ordered that, no later than February 10, 2025, Plaintiff must either indicate to the Court that he intends to proceed *pro se* or new counsel must enter an appearance on his behalf. Docket No. 90. Plaintiff violated that order. *See* Docket. The Court again orders that, no later than February 28, 2025, Plaintiff must either file a notice that he intends to proceed *pro se* or new counsel must enter an appearance on his behalf. **FAILURE TO COMPLY MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

Dated: February 18, 2025

                                                                Nancy J. Koppe <br>
                                                                United States Magistrate Judge