# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAY SHARPE,<br>    Plaintiff,<br>v.<br>LT RUIZ, *et al.*,<br>    Defendants. | Case No. 2:22-cv-01624-MMD-NJK<br><br>**Order** |

On January 10, 2025, the Court ordered that, no later than February 10, 2025, Plaintiff must either indicate to the Court that he intends to proceed *pro se* or new counsel must enter an appearance on his behalf. Docket No. 90. Plaintiff violated that order. *See* Docket. On February 18, 2025, the Court extended the deadline to February 28, 2025. Plaintiff also violated that order. *See* Docket.

The Court **ORDERS** that, no later than April 4, 2025, Plaintiff must either file a notice that he intends to proceed *pro se* or new counsel must enter an appearance on his behalf. **FAILURE TO COMPLY MAY RESULT IN SANCTIONS.** The Clerk's Office is **INSTRUCTED** to serve Plaintiff via both his mailing address and his email address.

IT IS SO ORDERED.

Dated: March 3, 2025

_____
Nancy J. Koppe
United States Magistrate Judge