# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAY SHARPE,<br><br>                    Plaintiff,<br>     v.<br>LT. RUIZ, *et al.*,<br><br>                    Defendants. | Case No. 2:22-cv-01624-MMD-NJK<br><br>ORDER |

Plaintiff Ray Sharpe attempts to sue the Nevada Department of Corrections and numerous other parties based on his experience while incarcerated at High Desert State Prison. (ECF No. 20 at 20-49.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Nancy J. Koppe (ECF No. 101), recommending this case be dismissed without prejudice because Plaintiff failed to comply with the Court's orders and the Local Rules. To date, no objections to the R&R have been filed. Because there is no objection, and as further explained below, the Court will adopt the R&R.

Because there is no objection, the Court need not conduct de novo review, and is satisfied that Judge Koppe did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but only if, one or both parties file objections to the findings and recommendations."). As mentioned, Judge Koppe properly determined that Plaintiff repeatedly failed to adhere to the Court's orders to retain new counsel or file a notice of intent to proceed pro se and that Plaintiff violated the Local Rules by failing to update his address with the Court. (ECF No. 101 at 1-2.) Plaintiff was warned that failure to comply could result in sanctions or dismissal. (*Id.*) Having reviewed the R&R, Judge Koppe did not clearly err.

It is therefore ordered that Judge Koppe's Report and Recommendation (ECF No. 101) is accepted and adopted in full.

It is further ordered that this case be dismissed without prejudice.

The Clerk of Court is directed to close this case.

DATED THIS 25th Day of April 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE